Petition to file electronically for case 25-C-1617, for any and all supplement documents required by this Honorable Court.

Respectfully,

By: Dr. [signature],
Petitioner

October 22, 2025

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 OCT 22 A 10:34
CLERK OF COURT